UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Iron Workers Local 25 Pension
Fund, et al.,

           Plaintiff(s),

v.                                           Case No. 2:18–cv–11321–GAD–MKM
                                           Hon. Gershwin A. Drain

Strand Constructors, Inc., et al.,

           Defendant(s).
_____

## **CLERK'S ENTRY OF DEFAULT**

Party in Default:  Lendell Strand

   The default of the party named above for failure to plead or otherwise defend is entered.

## **Certificate of Service**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                        DAVID J. WEAVER, CLERK OF COURT

                                        By: s/ S Krause
                                               Deputy Clerk

Dated:  June 6, 2018