UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE IRON WORKERS'
LOCAL NO. 25 PENSION FUND; IRON
WORKERS' HEALTH FUND OF EASTERN
MICHIGAN; IRON WORKERS' LOCAL NO. 25
VACATION PAY FUND; IRON WORKERS'
DEFINED CONTRIBUTION PENSION FUND;
and IRON WORKERS' APPRENTICESHIP
FUND OF EASTERN MICHIGAN, Trust
Funds Established and Administered Pursuant
to Federal Law,

       Plaintiffs,                         Case No. 18-cv-11321
v.                                           Hon. Gershwin A. Drain
                                           Magistrate Mona K. Majzoub

STRAND CONSTRUCTORS, INC., a Michigan
corporation and LENDELL STRAND, individually,

       Defendants.

---

**DAVID J. SELWOCKI  (P51375)**
**MATTHEW I. HENZI  (P57334)**
**JESSICA L. SCHUHRKE (P77561)**
Sullivan, Ward, Asher & Patton, P.C.
Attorneys for Plaintiffs
25800 Northwestern Hwy., Suite 1000
Southfield MI  48075
(248) 746-0700
(248) 746-2760 fax
dselwocki@swappc.com
mhenzi@swappc.com
jschuhrke@swappc.com

---

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COME the Plaintiffs, by and through their attorneys, and hereby

voluntarily dismiss the above-captioned matter without prejudice.

           Respectfully submitted,

           **SULLIVAN, WARD,**
            **ASHER & PATTON, P.C.**

           By: /s/David J. Selwocki
              Attorney for Plaintiffs
              25800 Northwestern Hwy., Suite 1000
              Southfield, MI 48075
              (248) 746-0700
              dselwocki@swappc.com
Dated: November 1, 2018       P51375

## CERTIFICATE OF SERVICE

  I hereby certify that on November 1, 2018, my assistant, Joni R. Lashbrook, electronically filed the foregoing document with the Clerk of the Court using the ECF system, and notice was given to the following non-ECF participant by First Class mail:

         Strand Constructors, Inc.
           Lendell Strand
            4377 Stover
          Bellaire, MI 49615

           **SULLIVAN, WARD,**
            **ASHER & PATTON, P.C.**

           By: /s/David J. Selwocki
              Attorney for Plaintiffs
              25800 Northwestern Hwy., Suite 1000
              Southfield, MI 48075
              (248) 746-0700
              dselwocki@swappc.com
Dated: November 1, 2018       P51375
W2220982.DOC/A35-052347